William H. Stockton, OSB #743163
whs@brisbeeandstockton.com
**BRISBEE & STOCKTON LLC**
139 N.E. LINCOLN STREET
P.O. BOX 567
HILLSBORO, OREGON 97123
Phone: (503) 648-6677
Fax: (503) 648-1091

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| LAURA LIESER,<br><br>              Plaintiff,<br><br>v.<br><br>PAMELA WIDMER,<br><br>              Defendant. | Civil No. 312-CV-652-BR<br><br>**STIPLATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Now at this time this matter is before the court and it appears that the above-entitled case has been settled and that the same may be dismissed.

///

///

///

**Page 1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

BRISBEE & STOCKTON LLC
Attorneys at Law
139 N.E. LINCOLN STREET, P.O. BOX 567
HILLSBORO, OREGON 97123
TELEPHONE (503) 648-6677
FAX (503) 648-1091
law@brisbeeandstockton.com

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED**

that the above-entitled case be, and the same hereby is, dismissed with prejudice and without costs to either party.

**DATED** this ____ day of May, 2013.

_____
U. S. District Court Judge

**IT IS SO STIPULATED:**

_____     5/21/13
Christopher A. Salter, OSB #97398     Date
Attorney for Plaintiff

_____     May 8, 2013
William H. Stockton, OSB #743163     Date
Attorney for Defendant

Page 2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

BRISBEE & STOCKTON LLC
Attorneys at Law
139 N.E. Lincoln Street, P.O. Box 567
Hillsboro, Oregon 97123
Telephone (503) 648-6677
Fax (503) 648-1091
law@brisbeeandstockton.com